# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

RYAN R. GREGOIRE, *et al.*,

    Plaintiffs,

v.                                          Civil Action 2:21-cv-4631
                                          Judge Michael H. Watson
RICE DRILLING D LLC, *et al.*,              Magistrate Judge Chelsey M. Vascura

    Defendants.

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Stay Case Deadlines, in which the parties represent that this matter has been settled in principle but that they need 30 days to finalize a settlement agreement. (ECF No. 70.) For good case shown, that motion is **GRANTED**. The deadlines in this action, including the briefing schedule for the parties' pending cross-motions for summary judgment, are **STAYED**. The parties are **ORDERED** to file a joint written report detailing the status of this case **by January 9, 2023**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

    IT IS SO ORDERED.

                                          /s/ *Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE